HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HOPE ALLEY, Bar #314109
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226

Telephone: (559) 487-5561



FILED
MAR 04 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:19-cr-00007 DAD-BAM |
|---|---|
| Plaintiff, | ) **APPLICATION AND [PROPOSED]** |
| vs. | ) **ORDER APPOINTING CJA PANEL** ) **COUNSEL** |
| MANUEL DE JESUS DELGADO MONTENEGRO, et al., | ) |
| Defendants. | ) |

Defendant, Miguel Meza, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA Panel Counsel. Our office has a conflict.

On February 7, 2019, a Superseding Indictment was filed in this district, charging defendant with violations of 21 U.S.C. §§ 846 & 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, Distribution of Methamphetamine, and Possession with Intent to Distribute Methamphetamine (Doc. 87). On February 21, 2019, defendant was arraigned in the Central District of California, with the assistance of a Federal Public Defender after completing a Financial Affidavit, was released on a transferable bail/bond of $25,000, held to answer in this district, and ordered to report on the earliest possible date. On February 25, 2019, transfer documents were received in this district from the Central District of California re: Rule 5(c)(3).

//

/

1 | Therefore, it is respectfully recommended that CJA Panel Counsel be appointed.
2 |
3 | DATED: March 1, 2019
4 | CHARLES J. LEE
5 | Assistant Federal Defender
  | Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court above, the Court hereby appoints CJA Panel Counsel pursuant to 18 U.S.C. § 3006A.

Dated: March 4, 2019

_/s/ McAuliffe_
HONORABLE BARBARA A. McAULIFFE
UNITES STATES MAGISTRATE JUDGE