PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL DE JESUS DELGADO MONTENEGRO,<br>MIGUEL MEZA,<br>OLGA HERNANDEZ DE-SERVIN, and<br>RONNIE MESA, JR.,<br><br>Defendants. | CASE NO. 1:19-CR-00007 JLT-SKO<br><br>STIPULATION TO SET TRIAL DATE AND EXCLUDE TIME; ORDER |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez counsel for plaintiff, Matthew Lombard, counsel for Manuel de Jesus Delgado Montenegro; Roger Wilson, counsel for Miguel Meza; Farid Yadagar, counsel for Olga Hernandez De-Servin; and Carol Moses, counsel for Ronnie Mesa, Jr., that the change of plea hearing currently scheduled for August 28, 2023, at 10:00 a.m. may be vacated, and a trial date be set for April 30, 2024 at 8:30 a.m., and a trial confirmation hearing set for April 1, 2024 at 10:00 a.m. There is good cause to set this trial date and exclude time as set forth below.

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

STIPULATION AND PROPOSED ORDER       1

1. By previous order, this matter was set for a change of plea hearing on August 28, 2023 at 10:00 a.m. A majority of the parties had reached agreements acceptable to both sides. The plea agreements included a provision dependent on all defendants entering guilty pleas. The parties had a good faith believe the case would resolve. However, the final agreement could not be fully executed and therefore the parties agree to proceed to trial. If any of the parties decide to change their plea prior to trial, the parties will file a stipulation requesting a change of plea date.

2. By this stipulation, the parties now move to vacate the change of plea hearing, set a trial date for April 30, 2024 at 8:30 a.m., and to exclude time between August 28, 2023 and April 30, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

    a)   a) The government has represented that the discovery associated with this case includes investigative reports, audio and video recordings, lab reports, and related documents. The case involves several seizures, approximately 10,300 pages of discovery, and electronic discovery in the form of several gigabytes. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)   After defense counsel consulted, the earliest date available for all defense counsel to be prepared in consideration of their commitments already scheduled and additional time needed to review discovery, conduct any necessary additional investigation, and be prepared for trial, April 30, 2024 is the earliest possible date.

    c) The parties coordinated to find a trial date that fit all counsels' schedules.

    c) Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the requested trial date.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 28, 2024 to April 30, 2024

inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence

Respectfully submitted,

Dated: August 22, 2023 　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　/s/ Kimberly A. Sanchez
　　　　　　　　　　　　　　　　　　　　　　　Kimberly A. Sanchez
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: August 22, 2023 　　　　　　　　　　　/s/Matthew Lombard
　　　　　　　　　　　　　　　　　　　　　　　Matthew Lombard
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant Manuel
　　　　　　　　　　　　　　　　　　　　　　　Delgado-Montenegro

Dated: August 22, 2023 　　　　　　　　　　　/s/ Roger Dale Wilson
　　　　　　　　　　　　　　　　　　　　　　　Roger Dale Wilson
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant Miguel
　　　　　　　　　　　　　　　　　　　　　　　Meza

Dated: August 22, 2023 　　　　　　　　　　　/s/ Farid Yadegar
　　　　　　　　　　　　　　　　　　　　　　　Farid Yadagar
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant Olga
　　　　　　　　　　　　　　　　　　　　　　　DeServin

Dated: August 22, 2023 　　　　　　　　　　　/s/ Carol Ann Moses
　　　　　　　　　　　　　　　　　　　　　　　Carol Ann Moses
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant Ronnie
　　　　　　　　　　　　　　　　　　　　　　　Mesa, Jr.

# **O R D E R**

Based upon the foregoing, the time period of the date of this order to November 16, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The change of plea hearing currently scheduled for August 28, 2023, at 10:00 a.m. is hereby vacated, and trial is set for Tuesday, April 30, 2024 at 8:30 a.m. with a trial confirmation hearing on April 1, 2024 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **August 23, 2023**

UNITED STATES DISTRICT JUDGE