PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00007 JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE TRIAL DATE AND SET CHANGE OF PLEA; ORDER |
| v. | |
| MIGUEL MEZA, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate and request the Court find the following:

1. By previous order, this matter was set for a trial on September 17, 2024.

2. By this stipulation, the parties now move to vacate the trial date as to this defendant only and set a change of plea hearing on August 12, 2024. No exclusion of time is necessary as time has already been excluded up to and including September 17, 2024, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

STIPULATION AND PROPOSED ORDER     1

Respectfully submitted,

Dated: July 2, 2024					PHILLIP A. TALBERT
							United States Attorney

							/s/ Antonio J. Pataca
							Antonio J. Pataca
							Assistant United States Attorney

Dated: July 2, 2024					/s/ Roger Dale Wilson
							Roger Dale Wilson
							Counsel for Defendant Miguel Meza

## **O R D E R**

The trial is vacated as to this defendant and a change of plea hearing is set on August 12, 2024 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **July 2, 2024**				_____
							UNITED STATES DISTRICT JUDGE