(SPACE BELOW FOR FILING STAMP ONLY)

1

2

**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
roger@wilson-law.com

3

4

5

6   Attorney for Defendant  MIGUEL MEZA

7

8

9

10

11

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: **1:19-cr-00007-JLT-SKO** |
| Plaintiff, | **STIPULATION CONTINUING CHANGE OF PLEA; ORDER.** |
| v. | Date: August 12, 2024 |
| **MIGUEL MEZA,** | Time: 8:30 a.m. |
| Defendant. | Courtroom: 4 |

18        Defendant MIGUEL MEZA, by and through his counsel of record, ROGER D.

19   WILSON, and Plaintiff United States of America, by and through its counsel of record

20   ANTONIO PATACA, Assistant U.S. Attorney, hereby stipulate as follows:

21        1.      By previous order, this matter was set for change of plea on August 12, 2024.

22        2.      By this stipulation, defendant now moves to continue change of plea until October

23                7, 2024, and to exclude time between August 12, 2024, and October 7, 2024,

24                under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

25        3.      The parties agree and stipulate, and request that the Court find the following:

26             a.   Counsel for defendant desires additional time to due to a scheduling conflict

27                  involving a jury trial in Madera County Superior Court on July 16 through August

28                  23, 2024, and to investigate and prepare relevant mitigation material in

                    anticipation of sentencing.

1          b.  Counsel for the defendant believes that failure to grant the above requested

2               continuance would deny him the reasonable time necessary for effective

3               preparation, taking into account the exercise of due diligence.

4          c.  The government does not object the continuance.

5

6   IT IS SO STIPULATED.

7   DATED:_____July 11, 2024_____          /s/ Antonio PATACA
                                             ANTONIO PATACA
8                                            Assistant United States Attorney

9

10  DATED:_____July 11, 2024_____          /s/ Roger D. Wilson
                                             ROGER D. WILSON
11                                           Attorney for Miguel Meza

12                                 --o0o--

13

14                             **O R D E R**

15        IT IS SO FOUND AND ORDERED that the above Stipulation Continuing Change of

16  Plea to October 7, 2024, is hereby approved, and that the period of time between August 12,

17  2024, and October 7, 2024, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local

18  Code T4].

19

20  IT IS SO ORDERED.

21

22    Dated:   **July 11, 2024**

23                                            UNITED STATES DISTRICT JUDGE

24

25

26

27

28