PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONNIE MESA, JR.,<br><br>Defendant. | CASE NO. 1:19-CR-00007 JLT-SKO<br><br>STIPULATION TO VACATE TRIAL DATE AND SET CHANGE OF PLEA; ORDER |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate and request the Court find the following:

1. By previous order, this matter was set for a trial on September 17, 2024.

2. By this stipulation, defense now moves to vacate the trial date and set a change of plea hearing on October 7, 2024. Defense requests time excluded up to and including October 7, 2024, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The defendant desires additional time to address personal matters before the potential of going into custody arises, and October 7, 2024 works for defense counsel's schedule.

3. The government does not object to the requested date.

4. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date

STIPULATION AND PROPOSED ORDER            1

1 prescribed by the Speedy Trial Act.

2     5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 17, 2024 to October 12, 2024 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

Dated:  August 5, 2024
PHILLIP A. TALBERT
United States Attorney

/s/ Kimberly A. Sanchez
Kimberly A. Sanchez
Assistant United States Attorney

Dated:  August 5, 2024
/s/ Carol Moses
Carol Moses
Counsel for Defendant Ronnie Mesa, Jr.

## **O R D E R**

**IT IS SO ORDERED.** The time period of the date of this order to October 7, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

The Tuesday, September 17, 2024 at 8:30 a.m. trial is vacated, and the matter set for a change of plea on October 7, 2024 at 9:00 a.m.

**The signed plea agreement SHALL be filed no later than September 30, 2024.**

IT IS SO ORDERED.

Dated:   **August 8, 2024**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE