(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
roger@wilson-law.com

Attorney for Defendant  MIGUEL MEZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**MIGUEL MEZA,**<br><br>Defendant. | Case No.: **1:19-cr-00007-JLT-SKO**<br><br>**STIPULATION CONTINUING CHANGE OF PLEA; ORDER.**<br><br>Date: October 7, 2024<br>Time: 8:30 a.m.<br>Courtroom: 4 |

 Defendant MIGUEL MEZA, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record ANTONIO PATACA, Assistant U.S. Attorney, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on October 7, 2024.
2. By this stipulation, defendant now moves to continue change of plea until November 4, 2024, at 9:00 a.m. and to exclude time between October 7, 2024, and November 4, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].
3. The parties agree and stipulate, and request that the Court find the following:
   a. Counsel for defendant desires additional time to due to a scheduling conflict involving a jury trial in Madera County Superior Court that began on August 24 and will continue through November 26, 2024.

      b. Counsel for the defendant believes that failure to grant the above requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c. The government does not object the continuance.

IT IS SO STIPULATED.

DATED: September 23, 2024            /s/ Antonio PATACA  
                                                         ANTONIO PATACA  
                                     Assistant United States Attorney

DATED: September 23, 2024            /s/ Roger D. Wilson  
                                                         ROGER D. WILSON  
                                     Attorney for Miguel Meza

--o0o--

**O R D E R**

IT IS SO FOUND AND ORDERED that the above Stipulation Continuing Change of Plea to November 4, 2024, at 9:00 a.m. is hereby approved, and that the period of time between October 7, 2024, and November 4, 2024, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS SO ORDERED.

Dated: **September 23, 2024**                        /s/ Jennifer L. Thurston  
                                                         UNITED STATES DISTRICT JUDGE