IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: |
| Plaintiff, | |
| v. | |
| , | |
| Defendant. | |

# CASE NUMBER :

## Consent of Defendant to Appear Before Magistrate Judge

After full consultation with counsel I, _____ voluntarily consent to go forward with my Change of Plea and/or Admit/Deny Hearing before the United States Magistrate Judge.

I understand that the United States Magistrate Judge will administer the allocution pursuant to Rule 11, Fed. R. Crim. P., and make findings as follows:

(A) whether Defendant (1) is competent to enter into a plea or make an admission to the petition; (2) knowingly and voluntarily wishes to enter a plea to the charge(s) or admit to the petition; (3) understands the charge(s) or petition; (4) whether there exists a factual basis for the charge(s) or petition; and a recommendation as follows:

(B) whether the plea of guilty or admission to the petition should be accepted by the District Court.

After full consultation with counsel, I have given counsel permission to sign Court documents on my behalf.

| | |
|---|---|
| Defendant's signature and date | Counsel for Defendant's signature and date |

Assistant U.S. Attorney's signature and date