**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
roger@wilson-law.com

(SPACE BELOW FOR FILING STAMP ONLY)

Attorney for Defendant  MIGUEL MEZA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**MIGUEL MEZA,**<br><br>Defendant. | Case No.: **1:19-cr-00007-JLT-SKO**<br><br>**STIPULATION CONTINUING CHANGE OF PLEA; [PROPOSED] ORDER.**<br><br>Date: November 4, 2024<br>Time: 2:30 p.m.<br>Courtroom: 8 |

Defendant MIGUEL MEZA, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record ANTONIO PATACA, Assistant U.S. Attorney, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on November 4, 2024.

2. By this stipulation, defendant now moves to continue change of plea until January 6, 2025, at 9:00 a.m. and to exclude time between November 4, 2024, and January 6, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a. Counsel for defendant desires additional time to due to a scheduling conflict involving a jury trial in Madera County Superior Court for case number MCR07770. This case involves a former Madera corrections officer charged with

ninety-six counts of sexual assault. This trial began on August 24, 2024, and will continue through November 26, 2024.

    b. Counsel for the defendant has a previously scheduled medical procedure on November 4, 2024, at 3:00 p.m.

    c. Counsel for the defendant believes that failure to grant the above requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object the continuance.

IT IS SO STIPULATED.

DATED: October 30, 2024                       /s/ Antonio PATACA
                                                           ANTONIO PATACA
                                          Assistant United States Attorney

DATED: October 30, 2024                       /s/ Roger D. Wilson
                                                           ROGER D. WILSON
                                          Attorney for Miguel Meza

--o0o--

**O R D E R**

IT IS SO FOUND AND ORDERED that the above Stipulation Continuing Change of Plea to January 6, 2024, at 9:00 a.m. is hereby approved, and that the period of time between November 4, 2024, and January 6, 2024, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS SO ORDERED.

Dated:   **October 30, 2024**

UNITED STATES DISTRICT JUDGE