(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
roger@wilson-law.com

Attorney for Defendant  MIGUEL MEZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: **1:19-cr-00007-JLT-SKO** |
|---|---|
| Plaintiff, | **STIPULATION CONTINUING CHANGE OF PLEA; ORDER** |
| v. | |
| MIGUEL MEZA, | Date: January 6, 2025<br>Time: 9:00 a.m.<br>Courtroom: 4 |
| Defendant. | |

 Defendant MIGUEL MEZA, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record ANTONIO PATACA, Assistant U.S. Attorney, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on January 6, 2025.

2. By this stipulation, defendant now moves to continue change of plea until May 12, 2025, at 9:00 a.m. and to exclude time between January 6, 2025, and May 12, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a. Counsel for defendant desires additional time to due to a scheduling conflict involving a jury trial in Madera County Superior Court for case number MCR07770. This case involves a former Madera corrections officer charged with

ninety-six counts of sexual assault. This trial began on August 27, 2024, and will continue through January 9, 2025.

  b. Counsel for the defendant believes that failure to grant the above requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  c. The government does not object the continuance.

IT IS SO STIPULATED.

DATED: January 3, 2025        /s/ Antonio Pataca
                              ANTONIO PATACA
                              Assistant United States Attorney

DATED: January 3, 2025        /s/ Roger D. Wilson
                              ROGER D. WILSON
                              Attorney for Miguel Meza

--o0o--

**O R D E R**

IT IS SO FOUND AND ORDERED that the above Stipulation Continuing Change of Plea to May 12, 2025, at 9:00 a.m. is hereby approved, and that the period of time between January 6, 2025, and May 12, 2025, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

DATED: January 3, 2025

_____
UNITED STATES DISTRICT COURT JUDGE